68,174-03

March 23, 2015

Donovan Dwight Simms©
c/o 9601 SPUR 591 (NOT A DOMOCILE)
Amarillo, Texas Republic [near79107-9606]

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk

To: Court Clerk, Abel Acosta
    Texas Court of Criminal Appeals
    P.O. Box 12308
    Capitol Station
    Austin, Texas 78711
Re: WR-68,174-03
    Tr. Ct. No. 1056045-C
Dear Clerk of Court;

    I am writing this court to ask about the status of my 11.07 application for Writ of Habeas Corpus that was submitted to this court by the 230th District Court of Harris County under Trial Court Cause Number 1056045-C, and received by this court on January 14, 2015.
    If you could, as time permits, please inform me on this status inquiry. Thank you for you time in advance.

                                    Cordially,

                                    Donovan Dwight Simms©

encl...
DDS/AA